IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN J. CORTEZ,

    Plaintiff,                      No. CIV S-07-2658 JAM EFB P

    vs.

MILTON GONZALEZ, et al.,

    Defendants.               <u>ORDER</u>

                                /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

       A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

       Here, defendants are located in Santa Clara County, California, where the claim arose. Santa Clara County is in the Northern District of California. 28 U.S.C. § 84(a). Therefore, in the interest of justice, this action is transferred to the United States District Court for the Northern

1 | District of California. *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C.
2 | Cir. 1974).

3 | So ordered.

4 | Dated: March 6, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE